FILED ___ D.C.
05 MAY -4 AM 9: 05
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TONI SWANIGAN, LILLIE MAE MCGHEE-ALEXANDER, SHERRY MOORE, JACQUELINE BROOKS, DARRELL MACKEY [*SIC*], and ANISSA T. SWANIGAN for themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST AIRLINES, INC.,<br><br>Defendant. | Civil Action No. 2:04-cv-2937-JDB-tmp |

## ORDER

The Court has before it Defendant Northwest Airlines' Consent Motion to Extend the Page Limit for its Anticipated Memorandum of Law in Support of its Motion for Judgment on the Pleadings with Respect to Plaintiffs' Class Action Allegations from 20 pages to 35 pages. For good cause shown, the Court hereby GRANTS the Motion and Defendant is permitted to extend the page limit for its Memorandum of Law to 35 pages.

SO ORDERED this 3rd day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/4/05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02937 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

R. Scott Ferber
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Jona J. Miller
KING & SPALDING LLP
191 Peachtree St., N.E.
Ste. 3900
Atlanta, GA 30303

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Todd D. Wozniak
KING & SPALDING, LLP
191 Peachtree St.
Atlanta, GA 30303

Honorable J. Breen
US DISTRICT COURT