**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 MAY 31  PM 1:54

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

TONI SWANIGAN, LILLIE MAE
McGHEE-ALEXANDER, SHERRY MOORE,
JACQUELINE BROOKS, DARRELL MACKEY, and
ANISSA T. SWANIGAN for themselves and
all persons similarly situated,

       Plaintiffs,

v.

                                    **Civil Action No.: 04-2937 B/P**
                                    **Jury Trial Demanded**

NORTHWEST AIRLINES, INC.,

       Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO MOTION TO STAY DISCOVERY
PENDING A RULING BY THE COURT ON NORTHWEST'S MOTION FOR
JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFFS' CLASS
ACTION ALLEGATIONS**

---

By consent of the parties and for good cause shown, the Court grants plaintiffs an

extension of time up to and including June 13, 2005, to respond to defendant's motion to stay

discovery pending a ruling by the Court on Northwest's motion for judgment on the pleadings

with respect to plaintiffs' class action allegations.

IT IS SO ORDERED this ___31st___ day of ___May___, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02937 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jona J. Miller
KING & SPALDING LLP
191 Peachtree St., N.E.
Ste. 3900
Atlanta, GA 30303

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

R. Scott Ferber
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303

Todd D. Wozniak
KING & SPALDING, LLP
191 Peachtree St.
Atlanta, GA 30303

Honorable J. Breen
US DISTRICT COURT