IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 20 PM 4: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TONI SWANIGAN, LILLIE MAE MCGHEE-ALEXANDER, SHERRY MOORE, JACQUELINE BROOKS, DARRELL MACKEY [*SIC*], and ANISSA T. SWANIGAN for themselves and all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWEST AIRLINES, INC., <br><br> Defendant. | Civil Action No. 2:04-cv-2937-JDB-tmp |

## ORDER GRANTING UNOPPOSED MOTION OF JAMES R. MULROY, II AND THE LAW FIRM OF LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT

The Court has before it the Unopposed Motion of James R. Mulroy, II and the Law Firm of Lewis Fisher Henderson Claxton & Mulroy, LLP to Withdraw as Counsel for Defendant Northwest Airlines, Inc.. For good cause shown, the Court hereby GRANTS the Motion and allows James R. Mulroy, II and the Law Firm of Lewis Fisher Henderson Claxton & Mulroy to hereby withdraw as counsel for Defendant Northwest Airlines, Inc.

SO ORDERED this 20th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02937 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Todd D. Wozniak
KING & SPALDING, LLP
191 Peachtree St.
Atlanta, GA 30303

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jona J. Miller
KING & SPALDING LLP
191 Peachtree St., N.E.
Ste. 3900
Atlanta, GA 30303

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

R. Scott Ferber
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303

Honorable J. Breen
US DISTRICT COURT