FILED BY _____ D.C.

05 JUN 24  AM 11: 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TONI SWANIGAN, LILLIE MAE MCGHEE-ALEXANDER, SHERRY MOORE, JACQUELINE BROOKS, DARRELL MACKEY [*SIC*], and ANISSA T. SWANIGAN for themselves and all persons similarly situated, )))))))  | |
| Plaintiffs, | )  Civil Action No. 2:04cv2937-JDB-tmp |
| vs. | ) |
| NORTHWEST AIRLINES, INC., | ) |
| Defendant. | ) |

## ORDER

Having considered Defendant Northwest Airlines' Consent Motion for Leave to File Reply Briefs in Support of its Motion for Judgment on the Pleadings with Respect to Plaintiffs' Class Action Allegations and its Motion to Stay Discovery,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Northwest's Reply Brief in Support of its Motion to Stay will be deemed filed as of the date of this Order, and Northwest's Reply Brief in Support of its Motion for Judgment on the Pleadings with Respect to Plaintiffs' Class Action Allegations will be deemed filed when submitted.

So Ordered this 24 day of June 2005.

Hon. Tu M. Pham,
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02937 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

R. Scott Ferber
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303

Todd D. Wozniak
KING & SPALDING, LLP
191 Peachtree St.
Atlanta, GA 30303

Jona J. Miller
KING & SPALDING LLP
191 Peachtree St., N.E.
Ste. 3900
Atlanta, GA 30303

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT