IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONI SWANIGAN, LILLIE MAE
MCGHEE-ALEXANDER, SHERRY
MOORE, JACQUELINE BROOKS,
DARRELL MACKEY [*SIC*], and
ANISSA T. SWANIGAN for themselves
and all persons similarly situated,

      Plaintiffs,

v.                                        No. 04-2937-B/P

NORTHWEST AIRLINES, INC.

      Defendant.

---

## ORDER ADMINISTRATIVELY CLOSING CASE

On September 26, 2005, the Defendant, Northwest Airlines, Inc., filed a pleading entitled "Notice of Bankruptcy" noting that on September 14, 2005, this Defendant filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, otherwise known as the "Bankruptcy Code." As a result of that filing, an automatic stay is entered preventing further action in this case. See 11 U.S.C. § 362(a)(1). As a result of the Defendant's action, there can be no further action taken by this Court relative to the Plaintiffs' claims.

Accordingly, the Court enters this administrative order terminating this litigation without prejudice to the substantive or procedural rights of the parties hereto. Upon termination of the bankruptcy proceeding or upon an order issued by the Bankruptcy Court allowing this lawsuit to proceed, the Court will reopen this action, after proper notice and motion by the appropriate party. Otherwise, this case is administratively closed.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05

**IT IS SO ORDERED** this 26th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02937 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

R. Scott Ferber
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303

Todd D. Wozniak
KING & SPALDING, LLP
191 Peachtree St.
Atlanta, GA 30303

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Jona J. Miller
KING & SPALDING LLP
191 Peachtree St., N.E.
Ste. 3900
Atlanta, GA 30303

Honorable J. Breen
US DISTRICT COURT