# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 28 AM 10: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TONI SWANIGAN, LILLIE MAE
MCGHEE-ALEXANDER, SHERRY
MOORE, JACQUELINE BROOKS,
DARRELL MACKEY [*SIC*], and
ANISSA T. SWANIGAN for themselves
and all persons similarly situated,

       Plaintiffs,

v.

NORTHWEST AIRLINES, INC.,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04-2937-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Administratively Closing Case entered on September 27, 2005, this cause is hereby dismissed.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/28/05
Date

THOMAS M. GOULD

Clerk of Court

Earline Mayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-28-05

(41)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02937 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

R. Scott Ferber
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303

Todd D. Wozniak
KING & SPALDING, LLP
191 Peachtree St.
Atlanta, GA 30303

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Jona J. Miller
KING & SPALDING LLP
191 Peachtree St., N.E.
Ste. 3900
Atlanta, GA 30303

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT